IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY LOCKETT,

                   Plaintiff,

    v.                                                             ORDER

LINDA K GEBHARD, CHAPLAIN EWING,               18-cv-363-jdp
WARDEN BOUGHTON, and JON LITSCHER,

                   Defendants.

---

Plaintiff Jeremy Lockett, an inmate at the Wisconsin Secure Program Facility, alleges that prison officials and the county clerk are barring him from getting married. The court previously stayed the case to recruit pro bono counsel to represent Lockett.

The court has now located counsel. Attorneys Andrew J. Clarkowski, Michael J. Modl, and Morgan K. Stippel of the law firm Axley Brynelson LLP have agreed to represent Lockett, with the understanding that they will serve with no guarantee of compensation for their services. It is the court's intention that the scope of representation extends to proceedings in this court only.[1]

Lockett should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Lockett does not have the right to require counsel to raise frivolous arguments or to follow every directive he

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them. If Lockett decides at some point not to work with these lawyers, he is free to end the representation, but he should be aware that it is unlikely that the court will recruit another lawyer to represent him.

ORDER

IT IS ORDERED that the clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in this lawsuit.

Entered January 18, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge